IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

M. KATHLEEN MCKINNEY, Regional
Director of Region 15 of the National
Labor Relations Board on behalf of
National Labor Relations Board                                    PETITIONER

v.                                    No. 3:14-cv-211-DPM

METAL SERVICES LLC d/b/a
Phoenix Services LLC                                              RESPONDENT

ORDER

1. The Court notes the Clerk's 22 September 2014 report on the parties' waivers of disqualification. I will stay on the case.

2. Unopposed motion, № 3, granted as modified. We'll proceed on the administrative record and affidavits from both sides. A prompt oral argument on the petition will be scheduled.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 September 2014