IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

M. KATHLEEN MCKINNEY, Regional
Director of Region 15 of the National
Labor Relations Board on behalf of
National Labor Relations Board                                  PETITIONER

v.                              No. 3:14-cv-211-DPM

METAL SERVICES LLC d/b/a
Phoenix Services LLC                                            RESPONDENT

USW, United Steel, Paper and Forestry,
Rubber, Manufacturing, Energy,
Allied Industrial and Service Workers
International Union                                             AMICUS

ORDER

For the reasons stated on the record at the 8 December 2014 hearing,

Metal Services's motion to strike, № 23, is denied, and the Board's petition,

№ 1, joined by the Union, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_8 December 2014_